# RETURN

Case No.: 22-07418MB(JR)

☒ FILED  ☐ LODGED
Jul 01 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 6-30-22 | 7-1-22 8:55 AM | N/A |

INVENTORY MADE IN THE PRESENCE OF

A. Atayde / W. Akins

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

.98 kg loose marijuana

15.44 kg marijuana vape cartridges

packaging material

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 7-1-22

Executing Officer's Signature

William P. Akins, Postal Inspector
Printed Name and Title